HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
GENARO GUTIERREZ-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>GENARO GUTIERREZ-REYES,<br><br>*Defendant.* | Case No.  1: 14-MJ-00191 SAB<br><br>APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENT AND TO RECONVEY TITLE OF REAL PROPERTY; ORDER THERETO |

Defendant Genaro Gutierrez-Reyes hereby requests that this court order the exoneration of the $100,000 Deed of Trust with Assignment of Rents currently on file with the Fresno County Recorder as Document # 2014-0061195.

On October 31, 2014 a $100,000 bond was ordered in the above-captioned matter, to be secured by the property of Eduardo and Elizabeth Cardenas.  On November 13, 2014, a Deed of Trust with Assignment of Rents in the amount of $100,000 was filed with the Fresno County Recorder as Document # 2014-0061195 on the property of Eduardo and Elizabeth Cardenas.  On September 17, 2015, Defendant Genaro Gutierrez-Reyes appeared in the District of Alaska before Judge Ralph R. Beistline, and was sentenced to 18 month imprisonment. (See Exhibit A). Genaro Gutierrez-Reyes is currently serving this sentence at Taft CI in the custody of the Bureau of Prisons. (See Exhibit B) Therefore, since Defendant Genaro Gutierrez-Reyes has satisfied the conditions of release in the Eastern District of California, he requests that the Deed of Trust

(Document # 2014-0061195) now on file with the Fresno County Recorder, be exonerated and title of the real property described therein be reconveyed to Eduardo and Elizabeth Cardenas.

Dated: January 14, 2016

HEATHER E. WILLIAMS  
Federal Defender

/s/ *Jerome Price*  
JEROME PRICE  
Attorney for Defendant,  
GENARO GUTIERREZ-REYES

**ORDER**

IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on November 13, 2014 with the Fresno County Recorder as Document #2014-0061195 be exonerated and that title to the property described therein be reconveyed to Eduardo and Elizabeth Cardenas.

IT IS SO ORDERED.

Dated:   **January 14, 2016**

UNITED STATES MAGISTRATE JUDGE